IN THE SUPREME COURT

| 231P15 | State v. Adolfo Reyes Maldonado | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA14-1119) | 1. — |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 232A95-5 | State v. Timothy Richardson | Def's Motion for Enlargement of Time to File Petition for *Writ of Certiorari* | Allowed **08/07/2015** |
| 233P15 | State v. Jacobi Paylor Walker | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA14-1259) | Denied |
| 237P15 | State v. Tony Levatte Smith | 1. Def's *Pro Se* Petition for *Writ of Habeas Corpus* | 1. Denied **07/13/2015** |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed **07/13/2015** |
| | | 3. Def's *Pro Se* Motion for Appointment of Counsel | 3. Dismissed as moot **07/13/2015** |
| 239P10-2 | State v. Jakiem Lance Wilson | 1. Def's *Pro Se* Motion for Temporary Stay | 1. Dismissed **08/03/2015** |
| | | 2. Def's *Pro Se* Petition for *Writ of Supersedeas* (COAP15-405) | 2. Denied **08/03/2015** |
| | | 3. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Wake County | 3. Dismissed **08/03/2015** |
| 239P15 | Ivan Earl Warren v. Lawrence Parsons | Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **07/15/2015** |
| 240P15 | In the Matter of Appeal of Celeste G. Broughton, Trustee, From the Decision of the Wake County Board of Equalization and Review Regarding the Valuation and Taxation of Certain Property for Tax Year 2013 | 1. Taxpayer's *Pro Se* Motion for Notice of Appeal (COA15-519) | 1. Dismissed *ex mero motu* |
| | | 2. Taxpayer's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Denied |
| 241P11-4 | State v. Delton Maynor | Def's *Pro Se* Motion for PDR of Writ of Certiorari (COAP15-396) | Dismissed |
| 242P15 | State v. Jermaine Earl Hicks | Def's *Pro Se* Petition for *Writ of Mandamus* | Dismissed |
| 245P15 | State v. Christopher Lee Furr | Def's PDR Under N.C.G.S. § 7A-31 (COA14-1004) | Denied |